UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-00364-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ARBREY LATAVIS MOORE,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se Notice of Motion, Complaint Seeking Writ of Execution, for Constitutional Tort (#31). Review of the pleadings reveal that defendant is represented by counsel and that such motion does not concern the excellent representation Mr. Wright has provided to defendant. Defendant is advised that the Local Civil Rules prohibit such pro se filings in criminal cases where the defendant is represented by an attorney. Further, a defendant cannot commence a private federal civil action by filing a pleading in a criminal case. Finally, defendant is advised that every time a pro se pleading is filed in a criminal case, the defendant effectively forfeits their right to remain silent and/or to assert the attorney-client privilege as to the information discussed in the filing. Having considered defendant's pro se motion and reviewed the pleadings, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's pro se Notice of Motion, Complaint Seeking Writ of Execution, for Constitutional Tort (#31) is **DENIED**.

Signed: September 21, 2018

Max O. Cogburn Jr
United States District Judge